IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER VARGAS,<br><br>        Plaintiff,<br><br>   v.<br><br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the Social Security<br>Administration,<br><br>        Defendant. | CIVIL ACTION<br>NO. 18-1121 |

## ORDER

**AND NOW**, this 8th day of July 2019, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Doc. No. 17), Plaintiff's Objections to the Report and Recommendation (Doc. No. 18), Defendant's Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (Doc. No. 20), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 18) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 17) is **APPROVED AND ADOPTED**.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.